**CLOSED**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| AMEEDAH SELLERS, | Civil Action No. 08-2537 (SRC) |
| Plaintiff, |  |
| v. | **AMENDED ORDER** |
| MACY'S, |  |
| Defendant. |  |

**CHESLER, U.S.D.J.**

This matter having come before the Court by way of a July 1, 2008 Stipulation of Dismissal by Plaintiff Ameedah Sellers and Defendant Macy's [docket item #6]; and

**IT APPEARING** that the Court issued an Order dismissing the case without prejudice on July 2, 2008; and it further

**APPEARING** that the parties agreed to dismiss this case with prejudice; therefore

**IT IS** on this 8th day of July, 2008

**ORDERED** that the Complaint filed in this action be and hereby is **DISMISSED WITH PREJUDICE** and without costs; and it is further

**ORDERED** that this case is **CLOSED**.

    /s Stanley R. Chesler
STANLEY R. CHESLER, U.S.D.J.